IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY D. TAYLOR, SR. ,

    Petitioner,

v.

PAUL S. KEMPER,
Warden, Racine Correctional Institution,

    Respondent.

ORDER

Case No. 14-cv-830-bbc

    Petitioner Anthony D. Taylor, Sr. seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has submitted a motion for leave to proceed without prepayment of the filing fee. (Dkt. # 2).  The court cannot consider this motion, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status.  The trust fund account statement that he has submitted is not a certified copy and only contains information for a one-month period.

    For this case to move forward, petitioner must either pay the $5 filing fee or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this habeas corpus petition.  If petitioner does not submit either the $5 filing fee or a trust fund account statement before January 2, 2015, the court will assume that petitioner wishes to withdraw this action voluntarily.

ORDER

    IT IS ORDERED that:

    1.    The motion for leave to proceed without prepayment of the filing fee (Dkt. # 2) is DENIED at this time.

2. No later than January 2, 2015, petitioner Anthony D. Taylor, Sr. shall pay the $5 filing fee or submit a certified copy of petitioner's inmate trust fund account statement for the six-month period from the date of the habeas petition (November 24, 2014 through at least May 24, 2014).

3. If petitioner fails to pay the $5 filing fee, comply as directed, or show cause for failure to do so, this case will be dismissed without further notice.

Entered this 3rd day of December, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge