IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY D. TAYLOR, SR.,

       Petitioner,                                                   JUDGMENT IN A CIVIL CASE

v.                                                                              Case No. 14-cv-830-bbc

PAUL S. KEMPER,
Warden, Racine Correctional Institution,

       Respondent.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the petition of Anthony D. Taylor, Sr. for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his administrative remedies in state court.

| /s/ | 1/14/2015 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |